1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT KIRTUS WELLS,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. C19-5060-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(B) |

      This matter comes before the Court on Plaintiff Brent Kirtus Wells' Motion for Attorney's Fees under 42 U.S.C. § 406(b).  Dkt. #17.  Defendant Commissioner of Social Security does not oppose Plaintiff's motion.  Dkt. #19.

      Having reviewed Plaintiff's motion and the attached declaration, the Court finds good cause for entry of this Order.  It is therefore ORDERED that reasonable fees in the amount of $10,079.00 are awarded to Plaintiff's attorney, Charles W. Talbot, pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $5,259.82 that were previously awarded, leaving a net fee of $4,819.18.

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(B) - 1

IT IS SO ORDERED.

DATED this 8th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE